In the Matter of the Application of JAMES J. LOWREY, Committee of the Person and Property of WILLIAM GARMES, Incompetent, for an Order Authorizing Him to Pay a Fee to Counsel for Legal Services Rendered the Estate. VETERANS' ADMINISTRATION, Appellant; JAMES J. LOWREY, as Committee, etc., of WILLIAM GARMES, an Incompetent Person, Respondent.— Order confirming the report of an official referee awarding to James J. Richman, an attorney, the sum of $1,500 for legal services rendered to an incompetent's estate in securing payment of war risk insurance, unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.